UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:  CASE NO. 04-50206-BKC- Rec #283313
ELIZABETH STRONG

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOV 13 2009

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $     .07 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $    .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: NOV 12 2009

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

ELIZABETH STRONG
11925 NE 2ND AVENUE
UNIT 208 B
NORTH MIAMI, FL 33161

SANDRA NAVARRO-GARCIA, ESQ.
6337 SW 40 STREET
MIAMI, FL 33133

GRANDS RAPIDS CITY TREASURES
300 MONROE AVE. NW
GRAND RAPIDS, MI 49503

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

```
              UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF FLORIDA


IN RE:                              CASE NO.   04-50206-BKC-
ELIZABETH STRONG


                                    CHAPTER 13



ELIZABETH STRONG

11925 NE 2ND AVENUE
UNIT 208 B
NORTH MIAMI, FL 33161

SANDRA NAVARRO-GARCIA, ESQ.
6337 SW 40 STREET
MIAMI, FL 33133


GRANDS RAPIDS CITY TREASURES    ---------$              .07
300 MONROE AVE. NW
GRAND RAPIDS, MI 49503
                                    UNDELIVERABLE/STALE
                                    CLAIM REGISTER# 19

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130
```